# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-3027
_____

Rhonda Golden

*Plaintiff - Appellant*

v.

Dollar General Corporation; Michelle Hughes; Tom O'Connell, district manager; Ruth Greggory, risk management; Gaylon Keetis, regional manager; Kimberly Knaff; Ray LNU, store manager

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: February 14, 2013
Filed: March 1, 2013
[Unpublished]

_____

Before MURPHY, SMITH, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Rhonda Golden appeals the district court's[1] Federal Rule of Civil Procedure 12(b)(6) dismissal of her complaint. After careful de novo review, see Palmer v. Ill. Farmers Ins. Co., 666 F.3d 1081, 1083 (8th Cir. 2012), we conclude that the dismissal was proper because Golden's complaint did not allege sufficient facts to support any of her claims, see Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009) (complaint must contain sufficient factual matter, accepted as true, that states facially plausible claim for relief). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.